AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Baxter, Susan P. | 2. Court or Organization<br><br>Western District of Pa | 3. Date of Report<br><br>08/22/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U>S> Magistrate Judge/FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>17 South Park Row<br>Erie, Pa 16501 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Evelyn Lincoln Institute for Ethics and Society of Mercyhurst College Erie Pa. |
| 2. | Board Member | Dramashop Erie, Pa. |
| 3. | Board of Trustees | Villa Marie Elementary School Erie, Pa |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▨ - Salary and Bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Erie Pa | A | Int./Div. | | | Closed | 04/05/12 | K | | |
| 2. Alliance Growth Fund Class B | A | Dividend | | | Closed | 04/05/12 | J | | |
| 3. PNC Bank Retirement Account (Spouse) | G | Int./Div. | O | T | | | | | |
| 4. Morgan Stanley IRA | | | | | Closed | 04/05/12 | J | | |
| 5. AIM Equity Inc | A | Dividend | | | Closed | 04/05/12 | J | | |
| 6. American Funds Washington Mutual | A | Dividend | | | Closed | 04/05/12 | J | | |
| 7. American Funds New Perspective | A | Dividend | | | Closed | 04/05/12 | J | | |
| 8. American Small Cap World | A | Dividend | | | Closed | 04/05/12 | J | | |
| 9. Navy Federal Credit Union | A | Dividend | J | T | | | | | |
| 10. PNC Bank CD | A | Interest | J | T | | | | | |
| 11. Pennsylvia Tuition Account Program | | None | L | U | | | | | |
| 12. ▓▓▓▓▓▓ Erie Pa | A | Rent | K | W | | | | | |
| 13. ▓▓▓▓▓▓ Erie Pa | A | Rent | K | W | | | | | |
| 14. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 15. PNC Brokerage Account: | | | | | Closed | 02/01/12 | K | | |
| 16. JP Morgan Emerging Markets | A | Dividend | | | Closed | 02/01/12 | J | | |
| 17. T Rowe Mid Cap | A | Dividend | | | Closed | 02/01/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Kaufman Small Cap | A | Dividend | | | Closed | 02/01/12 | J | | |
| 19. American Funds Investment Company | A | Dividend | | | Closed | 02/01/12 | J | | |
| 20. American Funds Growth | A | Dividend | | | Closed | 02/01/12 | J | | |
| 21. American Funds Euro Pacific | A | Dividend | | | Closed | 02/01/12 | J | | |
| 22. Franklin Small Cap | A | Dividend | | | Closed | 02/01/12 | J | | |
| 23. Eaton Vance Multi-Cap | A | Dividend | | | Closed | 02/01/12 | J | | |
| 24. Blackrock International | A | Dividend | | | Closed | 02/01/12 | J | | |
| 25. | | | | | | | | | |
| 26. Met Life | A | Int./Div. | J | T | Distributed | 12/03/12 | J | | |
| 27. First Commonwealth Financial | A | Dividend | K | T | Distributed | 12/03/12 | K | | |
| 28. | | | | | | | | | |
| 29. UBS Financial PMP | A | Int./Div. | L | T | | | | | |
| 30. UBS Financial PMP | A | Int./Div. | L | T | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. UBS PMP Joint Account/IRA: | C | Int./Div. | N | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Gold Miners ETF x | E | Int./Div. | K | U | Buy | 07/10/12 | K | | |
| 37. Coal ETF x | E | Int./Div. | K | U | Buy | 07/10/12 | K | | |
| 38. Junior Miners ETF x | E | Int./Div. | K | U | Buy | 11/14/12 | K | | |
| 39. Oil Services ETF x | D | Int./Div. | J | U | Buy | 11/08/12 | J | | |
| 40. QQQ ETF x | D | Int./Div. | J | U | Buy | 12/26/20 | J | | |
| 41. Utilities ETF x | D | Int./Div. | J | U | Buy | 11/08/12 | J | | |
| 42. Blackrock LTD Duration X | C | Interest | J | U | Buy | 06/14/12 | J | | |
| 43. Blackrock Core Bond X | D | Interest | J | U | Buy | 08/23/12 | J | | |
| 44. Eaton Vance LTD Duration X | A | Interest | J | U | Buy | 06/28/12 | J | | |
| 45. First Trust Floating Rate x | E | Interest | K | U | Buy | 04/04/12 | K | | |
| 46. Ishares 0-5 TIPS x | D | Interest | J | U | Buy | 08/23/12 | J | | |
| 47. PIMCO 0-5 Corporate Bond ETF x | D | Interest | J | U | Buy | 08/23/12 | J | | |
| 48. PIMCO 1-5 TIPS x | E | Interest | K | U | Buy | 08/23/12 | K | | |
| 49. POWERSHARES ETF Trust x | D | Interest | J | U | Buy | 08/23/12 | J | | |
| 50. SPDR Floating Rate ETF x | D | Interest | J | U | Buy | 08/23/12 | J | | |
| 51. Vanguard Short Bond Index x | E | Interest | K | U | Buy | 05/21/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g..<br>div.. rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g..<br>buy. sell.<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  WISDOMTREE Debt Fund ETF x | D | Interest | J | U | Buy | 08/23/12 | J | | |
| 53.  Central Fund of Canada x | D | Int./Div. | J | U | Buy | 08/09/12 | J | | |
| 54.  IShares SLV Trust x | C | Int./Div. | J | U | Buy | 12/20/12 | J | | |
| 55.  POWERSHARES Agriculture ETF x | B | Int./Div. | J | U | Buy | 04/26/12 | J | | |
| 56.  U.S. Oil ETF x | C | Int./Div. | J | U | Buy | 07/05/12 | J | | |
| 57.  Peabody Energy x | A | Int./Div. | J | U | Buy | 07/25/12 | J | | |
| 58.  Royal Gold x | A | Int./Div. | J | U | Buy | 12/07/12 | J | | |
| 59.  Global Miners ETF x | B | Int./Div. | J | U | Buy | 07/20/12 | J | | |
| 60.  Market Vectors Miners x | B | Int./Div. | J | U | Buy | 07/18/12 | J | | |
| 61.  Coal ETF x | A | Int./Div. | J | U | Buy | 12/07/12 | J | | |
| 62.  Junior Miners ETF x | D | Int./Div. | J | U | Buy | 11/14/12 | J | | |
| 63.  Oil Services ETF x | D | Int./Div. | J | U | Buy | 11/08/12 | J | | |
| 64.  Central Fund of Canada x | A | Int./Div. | J | U | Buy | 11/14/12 | J | | |
| 65.  Ishares SLV ETF x | B | Int./Div. | J | U | Buy | 12/20/12 | J | | |
| 66.  Blackrock Core Bond x | A | Interest | J | U | Buy | 08/23/12 | J | | |
| 67.  First Trust Floating Trust x | B | Interest | J | U | Buy | 07/06/12 | J | | |
| 68.  Ishares 0-5 TIP x | D | Interest | J | U | Buy | 07/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PIMCO 0-5 Corporate ETF x | C | Interest | J | U | Buy | 08/23/12 | J | | |
| 70. PIMCO 1-5 TIPS x | D | Interest | J | U | Buy | 08/23/12 | J | | |
| 71. POWERSHARES ETF Trust x | C | Interest | J | U | Buy | 08/23/12 | J | | |
| 72. SPDR Floating Rate ETF x | C | Interest | J | U | Buy | 08/23/12 | J | | |
| 73. VANGUARD Short Term Bond x | C | Interest | J | U | Buy | 08/09/12 | J | | |
| 74. WISDOMTREE Debt Fund ETF x | B | Interest | J | U | Buy | 08/23/12 | J | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 08/22/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Baxter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544